UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LUCKY COUSINS TRUCKING, INC.,**

        Plaintiff,

v.

                                        CASE NO. 8:16-cv-866-T-26TGW

**QC ENERGY RESOURCES
TEXAS, LLC and QC ENERGY
RESOURCES, LLC,**

        Defendants.
_____/

**QC ENERGY RESOURCES
TEXAS, LLC, QC ENERGY
RESOURCES, LLC, QC ENERGY
RESOURCES, INC. and
QUALITY CARRIERS, INC.,**

        Counter-Plaintiffs,

v.

**LUCKY COUSINS TRUCKING INC.,
GIVO YOUNANI and SKYLINE
TRANSPORT GROUP, LLC,**

        Counter-Defendants.
_____/

**COUNTER-DEFENDANTS' UNOPPOSED
<u>MOTION FOR AN EXTENSION OF TIME</u>**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and the Middle District of Florida Local Rules, Counter-Defendants, Lucky Cousins Trucking, Inc., Givo Younani, and Skyline Transport Group, LLC (collectively "Lucky Cousins"), hereby move for a 10-day extension of time, through January 6, 2017, to file a response to Counter-Plaintiffs' Motion to Compel Production of Documents (DE 54), and, in support thereof states as follows:

1. Counter-Plaintiffs filed a Motion to Compel Production of Documents on December 13, 2016, related to communications between Lucky Cousins and FladGroup, LLC or Doug Flad, which Lucky Cousins asserts are attorney-client and work-product privileged communications.

2. Lucky Cousins' response is currently due on December 27, 2016.

3. Due to the upcoming Holidays, the importance of the privileges asserted over the Flad communications, and the need to brief fully the Court on this issue, Counter-Defendants respectfully request a ten (10) day extension of time.

4. Lucky Cousins makes this request in good faith and not to cause undue delay. This is Lucky Cousins' first request for an extension to respond to Counter-Plaintiffs' Motion to Compel, and no party will be prejudiced by the extension sought.

5. Counter-Plaintiffs do not oppose this motion.

6. A proposed Order is attached here as Exhibit "A".

**WHEREFORE**, Counter-Defendants respectfully request an extension of time through and including January 6, 2017, to respond to Counter-Plaintiffs' Motion to Compel Production of Documents.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), undersigned counsel's office conferred with Counter-Plaintiff's counsel via email regarding the relief requested in this motion. Counter-Plaintiffs' counsel has agreed to the requested extension of time.

Dated: December 20, 2016                                          Respectfully submitted,

By: s/ *Jonathan Pollard*

Jonathan E. Pollard
Florida Bar No. 83613
jpollard@pollardllc.com

Pollard PLLC
401 E. Las Olas Blvd #1400
Fort Lauderdale, FL 33301
Telephone: (954) 332-2380
Facsimile: (866) 594-5731

*Attorney for Plaintiff/Counter-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2016, this document was electronically filed on all counsel or parties of record via the Court's electronic case filing system.

s/ *Jonathan Pollard*