UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUCKY COUSINS TRUCKING, INC.

    Plaintiff,

v.                                           CASE No. 8:16-CV-866-T-26TGW

QC ENERGY RESOURCES TEXAS
LLC, *et al.*,

    Defendants.

_____

## ORDER

THIS CAUSE came on for consideration upon the Defendants/Counter-Plaintiffs' Motion to Compel Production of Documents (Doc. 54). As stated during the hearing, the request for production is too broad. After discussion, the parties agreed upon a narrowing of the request.

Accordingly, the plaintiff will provide, by Tuesday, January 31, 2016, a list of the e-mail accounts that can be searched, and indicate which, if any, e-mail account it objects to searching. The defendants are to state, by Friday, February 3, 2016, any objections to the plaintiff's exclusion of an e-

mail account from the search.  The defendants may move the court for relief for any e-mail account they argue has been wrongly excluded.

With respect to the e-mail account searches that are conducted, the materials and a privilege log must be produced by February 24, 2016.

IT IS SO ORDERED.

DONE and ORDERED at Tampa, Florida, this 26th day of January, 2017.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE