UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUCKY COUSINS TRUCKING, INC.

    Plaintiff,

v.                                                                    CASE No. 8:16-CV-866-T-26TGW

QC ENERGY RESOURCES TEXAS
LLC, *et al.*,

    Defendants.
_____

## O R D E R

THIS CAUSE came on for consideration upon the Defendants/Counter-Plaintiffs' Motion to Compel Production of Documents (Doc. 54). As discussed in my previous Order (Doc. 61), the parties agreed to a narrowing of the discovery requests. Furthermore, no objections have been filed regarding the list of e-mail accounts to be searched.

It is, therefore, upon consideration

ORDERED:

That the Defendants/Counter-Plaintiffs' Motion to Compel Production of Documents (Doc. 54) is **GRANTED to the extent** stated in my Order dated January 26, 2017.

DONE and ORDERED at Tampa, Florida, this 8th day of February, 2017.

*Thomas G. Wilson*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE