UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LUCKY COUSINS TRUCKING, INC.,**

       Plaintiff,

v.

**QC ENERGY RESOURCES TEXAS, LLC and QC ENERGY RESOURCES, LLC,**

       Defendants.
_____/

**QC ENERGY RESOURCES TEXAS, LLC, QC ENERGY RESOURCES, LLC, QC ENERGY RESOURCES, INC. and QUALITY CARRIERS, INC.,**

       Counter-Plaintiffs,

v.

**LUCKY COUSINS TRUCKING INC., GIVO YOUNANI and SKYLINE TRANSPORT GROUP, LLC,**

       Counter-Defendants.
_____/

CASE NO. 8:16-cv-866-RAL-TGW

**COUNTER-DEFENDANTS' UNOPPOSED
MOTION FOR AN EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and the Middle District of Florida Local Rules, Counter-Defendants, Lucky Cousins Trucking, Inc., Givo Younani, and Skyline Transport Group, LLC (collectively "Lucky Cousins"), hereby move for a seven (7) day extension of time, through April 4, 2017, to file a response to Counter-Plaintiffs' Renewed Motion to Compel Production of Documents (DE 64), and, in support thereof states as follows:

Counter-Plaintiffs filed a Renewed Motion to Compel Production of Documents on March 17, 2017, related to any communications between Lucky Cousins and FladGroup, LLC or Doug Flad. Lucky Cousins' response is currently due on March 31, 2017. Due to the importance of issues to be addressed and numerous other pending motions, including a motion for partial summary judgment, Counter-Defendants respectfully request a seven (7) day extension of time. Lucky Cousins makes this request in good faith and not to cause undue delay. This is Lucky Cousins' first request for an extension to respond to Counter-Plaintiffs' Renewed Motion to Compel, and no party will be prejudiced by the extension sought. Counter-Plaintiffs do not oppose this motion. A proposed Order is attached here as Exhibit "A".

**WHEREFORE**, Counter-Defendants respectfully request an extension of time through and including April 4, 2017, to respond to Counter-Plaintiffs' Motion to Compel Production of Documents.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), undersigned counsel's office conferred with Counter-Plaintiff's counsel via email regarding the relief requested in this motion. Counter-Plaintiffs' counsel has agreed to the requested extension of time.

Dated: March 28, 2017                                    Respectfully submitted,

                                                         By: s/ *Jonathan Pollard*

                                                         Jonathan E. Pollard
                                                         Florida Bar No. 83613
                                                         jpollard@pollardllc.com

                                                         Pollard PLLC
                                                         401 E. Las Olas Blvd #1400
                                                         Fort Lauderdale, FL 33301
                                                         Telephone: (954) 332-2380
                                                         Facsimile: (866) 594-5731

*Attorney for Plaintiff/Counter-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2017, this document was electronically filed on all counsel or parties of record via the Court's electronic case filing system.

s/ *Jonathan Pollard*