UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUCKY COUSINS TRUCKING, INC.,

    Plaintiff,

v.                                                             CASE NO.  8:16-cv-866-T-26TGW

QC ENERGY RESOURCES TEXAS,
LLC and QC ENERGY RESOURCES, LLC,

    Defendants.
_____/

QC ENERGY RESOURCES TEXAS, LLC,
QC ENERGY RESOURCES, LLC, QC ENERGY
RESOURCES, INC. and QUALITY CARRIERS,
INC.,

    Counter-Plaintiffs,

v.

LUCKY COUSINS TRUCKING INC.,
GIVO YOUNANI, and SKYLINE
TRANSPORT GROUP, LLC,

    Counter-Defendants.
_____/

**O R D E R**

    Upon due and careful consideration of the procedural history of this case, together with the parties' written submissions, which includes the declaration of Plaintiff's counsel

attached to his response to Defendants' motion for partial summary judgment, it is ordered and adjudged as follows:

1) Defendants' Motion for Partial Summary Judgment (Dkt. 65) is denied without prejudice to being renewed after the completion of discovery.  See Fed. R. Civ. P. 56(d)(2).

2) The discovery deadline is extended until June 16, 2017.

3) The dispositive motion filing deadline is extended until June 30, 2017.

4) The pretrial conference and trial dates shall remain the same as set forth in the Court's Case Management and Scheduling Order filed at docket 29.

**DONE AND ORDERED** at Tampa, Florida, on April 5, 2017.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record