## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LUCKY COUSINS TRUCKING, INC.,

      Plaintiff,

v.                                         Case No. 8:16-cv-866-RAL-TGW

QC ENERGY RESOURCES TEXAS,
LLC, *et al.*,

      Defendants.

_____/

### DEFENDANTS' MOTION FOR PRETRIAL CONFERENCE
### AND EXTENSION OF DEADLINES

Pursuant to Rule 16, Federal Rules of Civil Procedure, Defendants and Counter-Plaintiffs, QC Energy Resources Texas, LLC, QC Energy Resources, LLC, QC Energy Resources, Inc., and Quality Carriers, Inc. (collectively, "QCER"), move for a preliminary pretrial conference in order to address scheduling for the reasons set forth below:

1.      Plaintiff filed the complaint initiating this matter on April 11, 2016.

2.      The parties have briefed multiple motions to dismiss, a motion for preliminary injunction, multiple motions to compel, and a motion for partial summary judgment.

3.      Although the parties have attempted to pursue discovery throughout the course of this litigation, document production has not been completed and has taken an inordinate and unexpected amount of time, effort, and expense.

4.      Without the exchange of relevant documents, the parties have been unable to schedule the depositions of fact or expert witnesses.

5.      Discovery was scheduled to close on May 1, 2017.

6.      Recognizing the discovery delays in this action thus far, the Court *sua sponte* extended the discovery deadline to June 16, 2017, and the dispositive motion deadline to June 30, 2017, while leaving the pretrial conference and trial dates the same as set forth in the Court's Case Management and Scheduling Order at docket 29.  (*See* Dkt. 78.)

7.      The parties are currently engaged in a discovery dispute, and until recently, were engaged in dispositive motion briefing and settlement discussions.

8.      QCER provided responses to extensive discovery requests—including 324 requests for production and 47 interrogatories—that were only recently propounded with responses due on March 29, 2017, after a brief agreed-upon extension, and QCER is in the process of collecting relevant documents for production.

9.      Plaintiff's counsel recently filed two, separate declarations regarding discovery difficulties in this case, stating in particular that: "counsel for both sides have conferred about extending the scheduling order and, in particular, extending the discovery deadlines."  (Dkt. 76-1 at ¶ 13; *see also* Dkt. 80-1.)

10.     As a result of the unforeseen delays in litigating this case and the numerous outstanding issues to be addressed before discovery can be completed, QCER requests the Court's intervention to further address scheduling, the prospects for settlement, and case management.

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)</u>

Pursuant to Local Rule 3.01(g), undersigned counsel conferred repeatedly in good faith with opposing counsel regarding the relief sought herein.  Plaintiff's counsel agreed that the parties "should seek to modify/extend various deadlines."  Plaintiff's counsel stated that he would revise undersigned counsel's originally proposed joint motion to provide proposed

deadlines, but he has not yet provided his proposed revisions despite multiple requests therefor. QCER will continue to seek a response from Plaintiff's counsel regarding this motion, and upon receiving a response, will promptly supplement this certification as specified in Local Rule 3.01(g).

WHEREFORE, QCER requests that the Court enter an order scheduling a pretrial conference to discuss, among other things, further extending the current deadlines in this action and granting such other relief as is just and proper.

Respectfully submitted,

*s/Joseph H. Varner, III*
Joseph H. Varner, III
Florida Bar No. 394904
joe.varner@hklaw.com
Jason Baruch
Florida Bar No. 10280
jason.baruch@hklaw.com
Anthony J. Palermo
Florida Bar No. 98716
anthony.palermo@hklaw.com
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Suite 4100
Tampa, FL  33602-3644
Post Office Box 1288
Tampa, FL  33601-1288
Telephone: (813) 227-8500

*Attorneys for Defendants/Counter-Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to all CM/ECF participants in this case.

*s/Joseph H. Varner, III*
Attorney

3

#50129435_v2