UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERKS MINUTES - GENERAL**

CASE NO.  8:16-cv-866-T-26TGW          DATE:  April 13, 2017

TITLE:  Lucky Cousins Trucking, Inc.,  vs.  QC Energy Resources Texas, LLC

Time: 9:40   -   9:53 = .13                Courtroom: 15B

JUDGE: **RICHARD A. LAZZARA**          COURTROOM DEPUTY:  Susan Saylor

COURT REPORTER:  David Collier

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| Jonathan Pollard (appr via ph) | Joseph Varner |
|  | Anthony Palermo |

PROCEEDINGS: **PRETRIAL STATUS CONFERENCE**

Trl est: 40-56 hours

Pltf requested extension of discovery for an additional 30 days for discovery

Deft;s requested an additional of 60 days for discovery

Pltfs has no objections to 60 days

Court reset deadlines as:     Discovery          -     August 17, 2017
                              Dispositive motion -     September 14, 2017
                              PTC to be set in November - court to contact Mag Judge for new date
                              Jury trial is set December 4, 2017 trial term.