UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUCKY COUSINS TRUCKING, INC.,

    Plaintiff,

v.                                    CASE NO. 8:16-cv-866-T-26TGW

QC ENERGY RESOURCES TEXAS,
LLC and QC ENERGY RESOURCES, LLC,

    Defendants.
_____/

QC ENERGY RESOURCES TEXAS, LLC,
QC ENERGY RESOURCES, LLC, QC ENERGY
RESOURCES, INC. and QUALITY CARRIERS,
INC.,

    Counter-Plaintiffs,

v.

LUCKY COUSINS TRUCKING INC.,
GIVO YOUNANI, and SKYLINE
TRANSPORT GROUP, LLC,

    Counter-Defendants.
_____/

**A M E N D E D   O R D E R**[1]

    Upon due and careful consideration of the procedural history of this case, together with Plaintiffs' submission, it is ordered and adjudged that Plaintiff/Counter-Defendants'

---

[1] The Court enters this amended order only for the purpose of correcting two scrivener's errors in the original order.

Motion to Vacate Reference to Magistrate Judge (Dkt. 91) is denied because Plaintiff/Counter-Defendants' counsel has wholly failed to show that there exist "extraordinary circumstances" justifying the removal of the reference allowing United States Magistrate Judge Thomas G. Wilson to consider and rule upon disputed discovery issues in this case.  See 28 U.S.C. § 636(c)(4).[2]  In the Court's view, and notwithstanding the representation of Plaintiff/Counter-Defendants' counsel, the motion is in fact a veiled attempt to cause the recusal of Judge Wilson because of a perceived, but entirely unfounded, bias on his part against Plaintiff/Counter-Defendants and their counsel.

**DONE AND ORDERED** at Tampa, Florida, on April 18, 2017.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record

---

[2]  In light of this disposition of the motion, the Court needs no response from Defendants/Counter-Plaintiffs.